# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-940
_____

CHARLES E. BELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

February 20, 2019


PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles E. Bell, pro se, Appellant.

Ashley B. Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.